In the Matter of the Claim of Doris Knox, Respondent, against Gimbel Bros. and Liberty Mutual Insurance Company, Appellants, and Guerlain, Inc.,

and OCEAN ACCIDENT & GUARANTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.